FILED

2008 APR 30 PM 3:20

CLERK US
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ /s/ _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. **'08 CR 1358 BTM** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) – Deported Alien Found in the United States |
| ANGEL GUADENCIO QUINTERO-OCHOA, | |
| Defendant. | |

The grand jury charges:

On or about April 4, 2008, within the Southern District of California, defendant ANGEL GUADENCIO QUINTERO-OCHOA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

CEM:em:San Diego
4/28/08

It is further alleged that defendant ANGEL GUADENCIO QUINTERO-OCHOA was removed from the United States subsequent to June 23, 1999.

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney