```
 1  GARY P. BURCHAM
    California Bar No. 190780
 2  964 Fifth Avenue; Suite 300
    San Diego, CA 92101
 3  Telephone: (619) 699-5930

 4  Attorney for Angel Quintero-Ochoa
```

                            UNITED STATES DISTRICT COURT

                          SOUTHERN DISTRICT OF CALIFORNIA

                          (HONORABLE BARRY TED MOSKOWITZ)

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1358-BTM |
|---|---|---|
| Plaintiff, | ) | Date: June 30, 2008 |
|  | ) | Time: 2:00 p.m. |
| v. | ) |  |
|  | ) | **NOTICE OF MOTIONS AND MOTIONS** |
| ANGEL QUINTERO-OCHOA, | ) | **TO:** |
|  | ) |  |
| Defendant. | ) | **1) COMPEL DISCOVERY;** |
|  | ) | **2) FILE FURTHER MOTIONS** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
      PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY

    PLEASE TAKE NOTICE that on Monday, June 30, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Angel Quintero-Ochoa, by and through his attorney, Gary P. Burcham, will ask this Court to enter an order granting the motions listed below.

//
//
//
//
//
//

1 **MOTIONS**

2  Angel Quintero-Ochoa, the defendant in this case, by and
3 through his attorney, Gary P. Burcham, pursuant to the Amendments to the
4 United States Constitution, Fed. R. Crim. P., and all other applicable
5 statutes, case law and local rules, hereby moves this Court for an order:

6  1)  to compel discovery;

7  2)  to file further motions.

8  These motions are based upon the instant motions and notice of
9 motions, the attached statement of facts and memorandum of points and
10 authorities, and any and all other materials that may come to this
11 Court's attention at the time of the hearing on these motions.

12  Respectfully submitted,

13

14 Dated: June 2, 2008    /s/ Gary P. Burcham
   GARY P. BURCHAM
15   Attorney for Angel Quintero-Ochoa

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR1358-BTM

```
 1                    UNITED STATES DISTRICT COURT
 2                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 3  UNITED STATES OF AMERICA,        )   U.S.D.C. No. 08CR1358-BTM
                                     )
 4           Plaintiff-Appellee,     )   CERTIFICATE OF SERVICE
    v.                               )
 5                                   )
    ANGEL QUINTERO-OCHOA,            )
 6                                   )
             Defendant-Appellant.    )
 7  _____)
```

8        IT IS HEREBY CERTIFIED THAT:

9        I, GARY P. BURCHAM, am a citizen of the United States and am at
10 least eighteen years of age.  My business address is 964 Fifth Avenue,
11 Suite 300, San Diego, CA 92101.

12       I am not a party to the above-entitled action.  I have caused
13 service of Defendant's Motion For Discovery and For Leave To File Further
14 Motions on the following party or parties by electronically filing the
15 foregoing with the Clerk of the District Court using its ECF System,
16 which electronically notifies him/her.

17 **Paul Starita, Esq.**
   **Assistant United States Attorney**
18 **Border Crimes Unit**
   **880 Front Street**
19 **San Diego, CA 92101**

20
        I declare under penalty of perjury that the foregoing is true and
21
   correct.
22
   Executed on June 2, 2007.
23

24                                        /s/ Gary P. Burcham
                                         GARY P. BURCHAM

08CR1358-BTM