```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                     SOUTHERN DISTRICT OF CALIFORNIA
10                      (HONORABLE BARRY TED MOSKOWITZ)
11 UNITED STATES OF AMERICA,        )   No. 08CR1358-BTM
                                    )
12          Plaintiff,              )
                                    )   JOINT MOTION TO CONTINUE
13 v.                               )   MOTION HEARING DATE
                                    )
14 ANGEL QUINTERO-OCHOA,            )
                                    )
15          Defendant.              )
                                    )
16
17         The parties in this case jointly move to continue the motion
18 hearing date in this case from the current date of June 20, 2008 at 2:00
19 p.m., to July 3, 2008 at 1:30 p.m..  This date and time has been approved
20 by this Court's courtroom deputy.
21
22 Dated:   6/19/08                     /s/ Gary P. Burcham
                                        Gary P. Burcham
23                                      Counsel for Angel Quintero-Ochoa
24
25 Dated:   6/19/08                     /s/ Paul Starita
                                        Paul Starita
26                                      Assistant United States Attorney
27
28
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | U.S.D.C. No. 08CR1358-BTM |
| ) | |
| Plaintiff-Appellee, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| ANGEL QUINTERO-OCHOA, ) | |
| ) | |
| Defendant-Appellant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Joint Motion To Continue Motion Hearing Date on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her.

Paul Starita, Esq.
Assistant United States Attorney
880 Front Street
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2008.

s/ Gary P. Burcham
GARY P. BURCHAM