```
                                                   FILED

                                              08 JUN 23 PM 12:47

                                              CLERK, U.S. DISTRICT
                                              SOUTHERN DISTRICT OF CA...

                                              BY:    ECC        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08CR1358-BTM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING ~~SENTENCING~~ *motion* HEARING DATE |
| ANGEL QUINTERO-OCHOA, ) | |
| Defendant. ) | |

It is hereby **ORDERED** that the motion hearing date in this case be continued from the current date of June 20, 2008 at 2:00 p.m., to July 3, 2008, at 1:30 p.m..

Dated: June 23, 2008

HON. BARRY TED MOSKOWITZ
United States District Judge